## United States Bankruptcy Court

**District of Massachusetts**

**Case No. 15-41179**
**Chapter 7**

**Adversary No. 16-04076**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**In Re: William Donald Cunha**             \*
                                            \*
                                            \*
**People's United Bank, National Association, plaintiff**
**v. Cunha, defendant**                     \*
                                            \*
                                            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Motion to withdraw as counsel**

Counsel asks to withdraw from the above-captioned case for the following reasons:
1. Breakdown in communication with the Debtor, specifically the debtor has stated under oath and in an email to the trustee that I have advised him to lie under oath and on the bankruptcy petitions.
2. The trustee of this case has threatened to sue me for malpractice based on said email that the Debtor has sent to the trustee. The Debtor told me that he sent the email based on his assumption that the trustee wanted him to. When asked further he couldn't explain what he meant.
3. If this court would like to see both of these emails, than I can provide them.

Because of this development, I would like to withdraw from this case. I hesitated in this withdrawal waiting for the debtor to obtain alternate counsel. He has not. He claims he cannot remember the conversation we had regarding this. I think there were at least three conversations over the telephone regarding this issue. He says he understands, then the next time I talk to him he proceeds to tell me he doesn't remember the conversation. When I spoke to the debtor today, he claimed I promised to represent him. He then claimed he had me on speaker for the last conversation and his wife would be able to testify this promise to him. I am uncomfortable representing this debtor further. There is a complete lack of communication and understanding on both sides.

I am not equipped to navigate his various mental health and physical health issues though I have truly tried my best to represent him until now.

WHEREFORE, I request to withdraw as counsel in both above-captioned matters.

Dated: 8/31/2016

Respectfully submitted,

/s/Charlene M. Gibson
BBO# 677827
Gibson Law
273 Riverneck Road
Chelmsford, MA  01824
978-758-7490

Certificate of Service

This motion will be seen through the electronic system by The Trustee, US Trustee and any other interested parties.  William Cunha will receive this motion through an attachment in his email.

Signed: /s/ Charlene Gibson
Dated: 8/31/2016