UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * *

IN RE:

WILLIAM DONALD CUNHA,

DEBTOR

CHAPTER 7
CASE NO. 15-41179

* * * * * * * * * * * *

## DEBTOR'S LIMITED OBJECTION TO
## MOTION TO WITHDRAW AS COUNSEL
[Document #73]

While the Debtor does not object to the allowance of the Motion of Charlene M. Gibson to Withdraw as counsel, the Debtor, by way of this Limited Objection wishes to go on the record to state that the Movant has gratuitously disclosed Debtor's privileged communications to her without obtaining Debtor's consent and without prior notice to the Debtor. Moreover, the Movant could have requested that this be handled *in camera* if she had been concerned about the privileged communication being publicly disclosed. Finally, the Debtor suggests that the disclosure was completely unnecessary and that this Honorable Court would have granted the motion without that disclosure. The Debtor files this on the record to state he did not consent or have advance notice of this disclosure and to preserve his rights with respect to attorney/client privilege despite this disclosure.

Date: September 9, 2016

/s/ Jon H. Kurland
Jon H. Kurland, Esquire
KURLAND & GROSSMAN, P.C.
139 Billerica Road
Chelmsford, Massachusetts 01824
Telephone: (978) 256-2660
BBO# 281620
jkbkcy@kurlandgrossman.com

## CERTIFICATE OF SERVICE

I, Jon H. Kurland, Esquire, state that on September 9, 2016, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants.

Janice Marsh, Chapter 7 Trustee

Richard King, US Trustee

Charles Domestico, Attorney for People's United Bank

Vincent Domestico, Attorney for People's United Bank

Charlene Gibson, Attorney for William Donald Cunha

I certify that I have also served this upon the creditors on the attached creditors list by mailing first class mail, postage prepaid.

/s/Jon H. Kurland
Jon H. Kurland, Esquire
KURLAND & GROSSMAN, P.C.
139 Billerica Road
Chelmsford, Massachusetts 01824
Telephone: (978) 256-2660
BBO# 281620
jkbkcy@kurlandgrossman.com

ARS National Serives, Inc.
PO Box 469046
Escondido, CA 92046-9046

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Anglela Gharabegian
29 North Street
Lexington, MA 02420-1811

Art Collection Maine, LLC
75 Market Street
Portland, ME 04101-5031

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
Attn: Bankruptcy
P.o. Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Carson Smithfield
PO Box 31032
Tampa, FL 33631-3032

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Complete Payment Recovery Service
3500 5th Street
Northport, AL 35476-4723

Cope Law Firm
PO Box 1398
Portland, ME 04104-1398

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Dr. Craig Gruskowski
P.O. Box 933
Littleton, MA 01460-0933

Eastern Propane
1138 Elm St
Manchester, NH 03101-1531

Enterprise Bank & Trus
222 Merrimack St
Lowell, MA 01852-5994

Financial Recovery Servic
PO Box 385908
Minneapolis, MN 55438

Frank Pansini
US Stone Setting Inc.
81 Pondfield Road; Suite 173
Bronxville, NY 10708-3818

Global Credit & Collection Corp.
5440 N. Cumberland Ave. Ste. 300
Chicago, IL 60656-1486

Gruskowski Dental Assoc.
PO Box 933
Littleton, MA 01460-0933

Jeffrey S. Zdunczyk, Esq.
PO Box 771
Kennebunk, ME 04043-0771

Lamont Hanley & Associ
1138 Elm St
Manchester, NH 03101-1531

Larson Juhl
PO Box 102431
Atlanta, GA 30368-2431

Leslie Darienzo
4656 Windward Cove Lane
Wellington, FL 33449-7401

Maine Magazine
75 Market Street; Suite 203
Portland, ME 04101-5040

Maine Media Collective
75 Market Street
Portland, ME 04101-5031

| | | |
|---|---|---|
| Merrimack Valley Endodontics<br>73 Princeton Street; Suite 202<br>North Chelmsford, MA 01863-1559<br>MAIL CODE 3-11-310 | Nationwide<br>PO Box 23356<br>Pittsburgh, PA 15222-6356 | NATIONWIDE INSURANCE<br>Service of Process<br>3 Nationwide Plaza<br>COLUMBUS OH 43215-2410 |
| Nationwide FCU<br>Attn. Bankruptcy Department<br>Po Box 182049<br>Columbus, OH 43218-2049 | People's Bank United<br>Kennebunkport Branch<br>3 Elm Street; PO Box 649<br>Kennebunkport, ME 04046-0649 | People's United Bank<br>850 Main Street<br>Bridgeport, CT 06604 |
| Professional Recovery Services<br>PO Box 1880<br>Voorhees, NJ 08043-7880 | St Johns Emergency Assoc<br>30 Massachusetts Ave<br>North Andover, MA 01845-3458 | Susan Barabino<br>16 Byron Street<br>Wakefield, MA 01880 |
| The Thomas Agency Inc<br>207 Larrabee Rd.<br>Westbrook, ME 04092-4813 | Thomas Agncy<br>207 Larrabee Rd S-6<br>Westbrook, ME 04092-4813 | Vincent Domestico.Esq<br>161 Worcester Road<br>Framingham, MA 01701 |
| Steven Cope<br>Cope Law Firm<br>PO Box 1398<br>One William<br>Street Portland,<br>ME 04103-4827 | | |