# United States Bankruptcy Court

**District of Massachusetts**

**Case No. 15-41179**
**Chapter 7**

**Adversary No. 16-04076**

*********************************************

**In Re: William Cunha**

**People's United Bank, plaintiff**

**Vs.**

**Cunha,**
**Defendants**

*********************************************

## RESPONSE TO LIMITED OBJECTION AND REQUEST TO NOT ATTEND HEARING SCHEDULED FOR 9/22/2016

Everything said on the motion is on record at 2004 examination, or said in front of third party. That said…

It is fine with me to strike, take off the record, rip up, burn, publish in the newspaper, use against me in a lawsuit, at a disbarment hearing, read at my funeral, or whatever else anyone wants to do with anything that I said, wrote, didn't say, or shoulda said, that anyone and their mother considers to be gratuitous or out of turn, or shocking, illegal, unethical, offensive, medically insane, recklessly negligent; blatantly, patently or otherwise absurd, or not sounding like some guy who died in 1885, as long as I can get off this case and not attend any more hearings.

So, I request that the hearing scheduled for September 22, 2016 be held without me and that I get off this case as soon as possible. I'm trying to close my business and not be bothered with a bunch of baloney. I have a few more cases to file and I'm done. I'm trying to take a break, when my babies are napping and this is not helping.

Wherefore, I refuse to type wherefore ever again for this case.
Besides the Debtor now has a new attorney.

You will address this court as "your honor"  Coitainly my honor.  (Curley three stooges)


Dated: 9/15/2016

                                            Respectfully submitted,

/s/Charlene M. Gibson

BBO# 677827
Gibson Law
273 Riverneck Road
Chelmsford, MA  01824
978-758-7490

Certificate of Service

This motion will be seen through the electronic system by The Trustee, US Trustee and anyone else that wants to see it or has asked to see it.

Signed: /s/ Charlene Gibson
Dated: 9/15/2016