UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re

William Donald Cunha

Chapter 7
Case No. 15-41179-CJP

Debtor
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**SHOW CAUSE ORDER**

AS A RESULT OF CERTAIN FILINGS MADE IN THIS MATTER AND IN THE RELATED ADVERSARY PROCEEDING DEMONSTRATING UNPROFESSIONAL CONDUCT AND POTENTIAL COMPETENCY ISSUES, INCLUDING, INTER ALIA, THE RESPONSE TO LIMITED OBJECTION AND REQUEST TO NOT ATTEND HEARING SCHEDULED FOR 9/22/2016 [DOC. NO. 80], ATTORNEY CHARLENE GIBSON SHALL PERSONALLY APPEAR AND SHOW CAUSE AT A HEARING TO TAKE PLACE ON THURSDAY, OCTOBER 6, 2016, AT 11:00 A.M. AS TO WHY SHE SHOULD NOT BE SANCTIONED AND/OR REFERRED TO: (I) THE LAW OFFICE MANAGEMENT ASSISTANCE PROGRAM, (II) LAWYERS CONCERNED FOR LAWYERS, OR, (III) IN ACCORDANCE WITH MLBR 9011-2, THE DISTRICT COURT FOR DISCIPLINARY PROCEEDINGS PURSUANT TO D. MASS. LR 205, WHICH MAY ALSO INCLUDE THE POTENTIAL FOR TEMPORARY IMMEDIATE SUSPENSION PURSUANT TO D. MASS. LR 83.6.6(F) AND REFERRAL TO STATE BAR DISCIPLINARY AUTHORITIES.

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge

Dated: September 22, 2016